Certificate Number: 17082-NJ-DE-035247326

Bankruptcy Case Number: 20-21523



17082-NJ-DE-035247326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2021, at 6:37 o'clock AM MST, MICHELE A MARKS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 8, 2021    By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director