UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Marks, Michele A.

Case No.: 20-21523
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 2, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 719 Burlington Avenue
Delanco, NJ
FMV - +/- $ 124,300.00

Liens on property: Bayview Loan Servicing - $ 135,743.54

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ -0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michele A Marks  
    Debtor

Case No. 20-21523-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2021     Form ID: pdf905     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele A Marks, 719 Burlington Avenue, Delanco, NJ 08075-4603 |
| 518985118 | | Apex Asset Management, 2501 Oregon Pike Ste 120, Lancaster, PA 17601-4890 |
| 518985122 | | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518986221 | + | Heron Cay Mobile Home Park, 1400 90th Avenue, Vero Beach, FL 32966-6600 |
| 518985123 | + | Larchmont Imaging Associates, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 518985124 | | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518985126 | + | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518985119 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:48 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518985120 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:04:27 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 518985121 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 29 2021 22:04:27 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518985125 | | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:03:01 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518985141 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:03:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf905 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Daniel E. Straffi

bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi

on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rex J. Roldan

on behalf of Debtor Michele A Marks roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6